UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In re

TRACY KROWEL,

Debtor.

)
)
)
)
)
)
)
)
)
)

Case No. 4:17-bk-40948-CJP
Chapter 13

### DEBTOR'S *EMERGENCY* MOTION TO CANCEL HEARING ON *MOTION OF SANTO ARCURI FOR RELIEF FROM THE AUTOMATIC STAY AND TO DISMISS CASE* (ECF #7) FOR FAILURE OF ARCURI TO COMPLY WITH MAY 24, 2017 ORDER OF COURT, AND FOR RELATED RELIEF

To the Honorable CHRISTOPHER J. PANOS, Bankruptcy Judge.

COMES NOW Debtor, Tracy Krowel (hereinafter "Krowel") through undersigned counsel, and hereby moves this Honorable Court to cancel the hearing scheduled for June 22, 2017 at 1:00 p.m. in the within captioned bankruptcy case relative to the *Motion Of Santo Arcuri For Relief From The Automatic Stay And To Dismiss Case* (ECF #7) (hereinafter the "Motion for Stay Relief"), and for related relief, for the failure of Evans J. Carter (hereinafter "Carter"), counsel for Santo Arcuri (hereinafter "Arcuri") to comply with the May 24, 2017 Order of Court which **required** that Carter serve a copy of *Notice Of Nonevidentiary Hearing* (ECF #8) **forthwith *and*** to file a certificate of service with the Court with respect to service of such notice within seven (7) days after the date of issuance, *i.e.,* by May 31, 2017. Id.

06/19/2017 UPON CONSIDERATION OF THE MOTION TO CANCEL THE HEARING [#23] AND THE OPPOSITION THERETO [#24], THE COURT DENIES THE MOTION. THE NONEVIDENTIARY HEARING SCHEDULED FOR JUNE 22, 2017 AT 1:00 P.M. REGARDING THE MOTION FOR RELIEF [#7] SHALL GO FORWARD. THE OBJECTION DEADLINE REGARDING THE MOTION [#7] IS HEREBY EXTENDED TO JUNE 22, 2017 AT 10:00 A.M.

/s/ Christopher J. Panos