UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In re ) 
 ) Case No. 4:17-bk-40948-CJP
TRACY KROWEL, ) Chapter 13
 )
Debtor. )

*06/19/2017 GRANTED. THE DEADLINE IS EXTENDED TO JUNE 26, 2017 AT 4:30 P.M.*

## DEBTOR'S SECOND MOTION FOR AN ORDER OF ENLARGEMENT OF TIME TO COMPLY WITH ORDER ENTERED ON MAY 23, 2017 (ECF#5)

To the Honorable CHRISTOPHER J. PANOS, Bankruptcy Judge.

COMES NOW Debtor, Tracy Krowel (hereinafter "Krowel") and through counsel hereby moves this Honorable Court for a further enlargement of time to comply with the Order of the Court entered on May 23, 2017 (ECF#5) for a period of 6-days from the date of the granting of the instant order of enlargement.

In support hereof, counsel for Krowel has filed herewith her Schedules A-J; Summary of Assets and Liabilities and Attorney Disclosure forms. Her counsel, who is a sole practitioner, needs the additional time to file the remaining forms.

No prejudice shall befall any party if the instant motion is granted.